# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL DOCKET NO. 1:03CR5

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| RAY LEE CASON ) | |

**THIS MATTER** is before the Court on the Government's motion to destroy evidence introduced during the Defendant's trial.

Because proceedings in this matter have not concluded, *i.e.*, Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, the motion is premature.

**IT IS, THEREFORE, ORDERED** that the Government's motion to destroy evidence is **DENIED WITHOUT PREJUDICE**.

Signed: September 13, 2007

Lacy H. Thornburg
United States District Judge