UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:03CR5 |
|---|---|---|
| | ) | |
| vs. | ) | ORDER TO DESTROY EVIDENCE |
| | ) | |
| RAY LEE CASON | ) | |

**THIS MATTER** is before the Court on the Government's motion for destruction of evidence seized herein.

For the reasons stated in the motion and for cause shown, the Court finds that the firearm, Davis Industries .380 Model P-380, S/N AP039547, now in the possession of the Federal Bureau of Investigation, should be destroyed in accordance with the usual procedure for the destruction of such evidence.

**IT IS, THEREFORE, ORDERED** that the Government's motion to destroy evidence is hereby **GRANTED**, and the firearm, Davis Industries .380 Model P-380, S/N AP039547, shall be destroyed in accordance with the usual procedures for the destruction of such evidence.

Signed: August 4, 2009

Lacy H. Thornburg
United States District Judge