# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:03-cr-00005-MR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| RAY LEE CASON, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Order Granting Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Directing Entry of Final Judgment entered by the United States District Court for the Southern District of Indiana on January 29, 2019. [Doc. 49].

In light of this Order [Doc. 49], the Court shall set this matter for resentencing.

**IT IS, THEREFORE, ORDERED** as follows:

(1)    The United States Marshal shall have the Defendant present in Asheville, North Carolina, for the April 2019 sentencing term;

(2)    The Clerk of Court shall calendar this matter for that term; and

(3) The United States Probation Office shall provide a supplemental presentence report.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, counsel for the Defendant, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**   Signed: February 8, 2019

Martin Reidinger
United States District Judge