# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:03-cr-00005-MR

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>**RAY LEE CASON,** )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on remand from the United States Court of Appeals for the Fourth Circuit for resentencing. [Doc. 71].

**IT IS, THEREFORE, ORDERED** as follows:

(1) The United States Marshal shall have the Defendant present in Asheville, North Carolina, for the **October 22, 2020** sentencing term; and

(2) The Clerk of Court shall calendar this matter for that term.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, counsel for the Defendant, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: September 8, 2020

Martin Reidinger
Chief United States District Judge