THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:03-cr-00005-MR

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
|               **Plaintiff,** | ) | |
| | ) | |
|    **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **RAY LEE CASON,** | ) | |
| | ) | |
|               **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

This matter is scheduled to come before the Court for the resentencing of the Defendant on Thursday, October 22, 2020. The Court has been informed by the United States Marshal's Service that the Defendant is in medical quarantine and that such quarantine will extend beyond the scheduled date of the resentencing hearing. The hearing cannot take place in the absence of the Defendant. Therefore, the ends of justice require that the resentencing hearing be continued from its October 22, 2020, setting.

**IT IS THEREFORE ORDERED**, that the resentencing hearing in this matter is continued from its October 22, 2020, setting.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, counsel for the Defendant, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: October 19, 2020

Martin Reidinger
Chief United States District Judge